IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01588-RMR-NYW

COLE STEWART,

       Plaintiff,

v.

BOULDER POLICE OFFICER NICHOLAS FRANKENREITER;
BOULDER POLICE OFFICER ANDREW KIRSHBAUM;
BOULDER POLICE OFFICER ERIN STARKS;
BOULDER POLICE OFFICER JACOB VAPORIS; and
BOULDER POLICE OFFICER RONALD PEREA,

       Defendants.

---

## UNOPPOSED MOTION TO REDACT PERSONAL INFORMATION

---

COMES NOW, Defendants, by and through their undersigned counsel, and respectfully move this Court to redact the personal information of Plaintiff contained within Defendants' Motion for Summary Judgment Exhibits [ECF 82-12, pgs. 2-3; and 82-16, pg. 1] filed August 30, 2021, or alternatively permit Defendants to replace these documents with redacted versions, and state as follows:

### CERTIFICATION

In accordance with D.C.COLO.LCivR 7.1, counsel for Defendants conferred with counsel for the Plaintiff, who advised that the Plaintiff does not object to the relief requested herein.

1.      The Plaintiff's date of birth, social security number and drivers' license number are contained in Exhibits L and P of Defendants' Motion for Summary Judgment, filed with the Court

on August 30, 2021, [ECF 82-12, pgs. 2-3; and 82-16, pg. 1], such that this personal information is now contained within the public court file.

2.      This was inadvertent. Pursuant to D.C.COLO.LCivR 7.2 and the Protective Order entered by this Court on October 5, 2020 [ECF 67], the parties agree that this Plaintiff's personal identifying information should be not be available to the public.

3.      Pursuant to Fed. R. Civ. P. 5.2(a), an individual's social-security number and birth date may be restricted in filings with the court. The parties also believe that the Plaintiff's driver's license number is personal identifying information and should also be restricted from the public.

4.      Pursuant to Fed. R. Civ. P. 5.2(e), Defendant seeks the Courts permission to restrict or further redact the aforementioned exhibit pages to limit or prohibit a nonparty's remote electronic access to these documents filed with the court.

6.      Defendants inadvertently filed their exhibits without Plaintiff's personal identifying information being redacted and, as stated above, respectfully requests an Order from this Court pursuant to Fed. R. Civ. P. 5.2(e), directing the Clerk of Court to redact the personal identifying information contained within ECF 82-12, pgs. 2-3; and 82-16, pg. 1, in the case file, or in the alternative, permit Defendants to replace the current documents with redacted copies.

7.      Accordingly, Defendants believe that good faith exists for the relief requested, thus warranting the filing of this unopposed motion.

WHEREFORE, for good cause shown and as stated more fully above, Defendants, respectfully request redaction of Plaintiff's personal identifying information contained in Defendants' Motion for Summary Judgment, Exhibits L and P [ECF 82-12, pgs. 2-3; and 82-16, pg. 1] filed August 30, 2021, or in the alternative, to permit Defendants to replace the

aforementioned documents in both the physical and electronic case files with the redacted versions

of these documents.

Dated this 21st day of September, 2021.

s/ David M. Goddard
David M. Goddard
Bruno Colin & Lowe
1999 Broadway, Suite 4300
Denver, CO 80202
303-831-1099
303-831-1088-fax
dgoddard@brunolawyers.com
Counsel for Defendant Officers

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2021, a true and correct copy of the foregoing **UNOPPOSED MOTION TO REDACT PERSONAL INFORMATION** was filed with the Clerk of the Court using the CM/ECF system and electronically served on counsel of record appearing herein.

Elizabeth Wang
John Hazinski
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
Telephone: 720.328.5642
E-mails: elizabethw@loevy.com
hazinski@loevy.com
*Counsel for Plaintiff*

*s/Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin & Lowe, P.C.

4