IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01588-RMR-NYW

COLE STEWART,

    Plaintiff,

v.

BOULDER POLICE OFFICER NICHOLAS FRANKENREITER;
BOULDER POLICE OFFICER ANDREW KIRSHBAUM;
BOULDER POLICE OFFICER ERIN STARKS;
BOULDER POLICE OFFICER JACOB VAPORIS; and
BOULDER POLICE OFFICER RONALD PEREA,

    Defendants.

---

## MOTION TO WITHDRAW

---

    Marc F. Colin, pursuant to D.C.COLO.LAttyR 5(b), hereby moves the court for an order permitting him to withdraw as counsel for Defendants Nicholas Frankenreiter, Andrew Kirshbaum, Erin Starks, Jacob Vaporis, and Ronald Perea in the above-captioned matter, and as grounds state as follows:

    1.    Mr. Colin retired from the active practice of law effective November 1, 2021.

    2.    The above referenced defendants will continue to be represented by Michael Lowe and David Goddard of Bruno, Colin & Lowe, P.C.

    3.    The clients have been served with a copy of this motion and advised that they will continue to be represented by the other attorneys in the firm who will be responsible for complying with all court orders and time limitations established by applicable statutes and rules.

**WHEREFORE** Mr. Colin requests that the court enter an order permitting him to withdraw as counsel of record in this matter.

Respectfully submitted this 10th day of December, 2021.

          *s/ Marc F. Colin*
          Marc F. Colin
          David M. Goddard
          Michael T. Lowe
          Bruno Colin & Lowe
          1999 Broadway, Suite 4300
          Denver, CO 80202
          303-831-1099
          303-831-1088-fax
          mlowe@brunolawyers.com;
          mcolin@brunolawyers.com;
          dgoddard@brunolawyers.com
          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of December, 2021, a true and correct copy of the foregoing **MOTION TO WITHDRAW** was filed with the Clerk of the Court using the CM/ECF system and electronically served on counsel of record appearing herein.

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
Telephone: 720.328.5642
E-mails: elizabethw@loevy.com
hazinski@loevy.com
*Counsel for Plaintiff*

ec: Clients (e-mails suppressed)

*s/Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin & Lowe, P.C.